# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kevin Edward Hedgepeth,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                         3:12-cv-262

Wilkes C. Et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2012 Order.

                                                     Signed: June 11, 2012

                                                     */s/ Frank G. Johns*
                                                     Frank G. Johns, Clerk
                                                     United States District Court