UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-262-RJC

| | | |
|---|---|---|
| KEVIN EDWARD HEDGEPETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| C. WILKES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's motion.

On June 6, 2012, this Court dismissed Plaintiff's civil rights complaint, filed under 42 U.S.C. § 1983, for failure to state a claim. See 28 U.S.C. § 1915A(b)(1). Plaintiff appealed and the Fourth Circuit affirmed the order of dismissal on November 27, 2012. Hedgepeth v. C. Wilkes, et al., 489 F. App'x 728 (4th Cir. 2012).

In the motion, Plaintiff merely states that he would like one copy of his civil suit to evaluate his "legal situation for the United States Supreme Court." The docket entry reflects that a copy of the Court's Order of dismissal and Judgment was mailed to Plaintiff by the Clerk on June 11, 2012. There is no indication that Plaintiff has filed a petition for a writ of certiorari thus it appears that his time for doing so has long since expired.

The Court will deny Plaintiff's motion as the docket indicates that all documents filed by the Court have been mailed to Plaintiff already.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for copies is **DENIED.** (Doc. No. 11).

1

Signed: December 3, 2013

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge